UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT MAGEE | CIVIL ACTION |
| VERSUS | No. 17-11773 |
| SYSTEM 1, LLC | SECTION: "J"(5) |

## ORDER

Considering Plaintiff's *Motion to Dismiss Party Without Prejudice* **(Rec. Doc. 21)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All of Plaintiff's claims against Defendant, System1, LLC, are hereby **DISMISSED without prejudice**.

New Orleans, Louisiana this 6th day of February, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE